# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

MAURISSA RANDLE,

      **Plaintiff,**

      v.                                   **Case Number 2:25-cv-1294**
                                             **Judge Edmund A. Sargus, Jr.**

**EXPERIAN INFORMATION**            **Magistrate Judge Kimberly A. Jolson**
**SOLUTIONS, INC.,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on two Motions filed by Plaintiff Maurissa Randle. (ECF Nos. 15, 17.) On April 14, 2026, Plaintiff filed a Motion to Sever and Dismiss with Prejudice Defendant Trans Union, LLC Only ("April 14 Motion"). (ECF No. 15.) Then, on April 20, 2026, Plaintiff filed a Motion to Drop Defendant Trans Union, LLC Only ("April 20 Motion"). (ECF No. 17.)

In her April 14 Motion, Plaintiff moved to dismiss her claims against Defendant Trans Union, LLC ("TransUnion") with prejudice, but did not state whether that request was opposed. (ECF No. 15.) The Court ordered Plaintiff to provide notice as to whether any Defendant opposed the April 14 Motion. (ECF No. 16.)

Thereafter, Plaintiff filed the April 20 Motion, which explains that Plaintiff reached an amicable resolution of this matter with TransUnion and asks the Court to drop her claims against TransUnion with prejudice pursuant to Federal Rule of Civil Procedure 21. (ECF No. 17.) Plaintiff represents that she conferred with TransUnion and Defendant Experian Information Solutions, Inc., no party has an objection to the dismissal of TransUnion, and no party will be prejudiced by said dismissal. (*Id.*)

Rule 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party" and "[t]he court may also sever any claim against a party." Fed. R. Civ. P. 21. For good cause shown, the Court **GRANTS** (ECF No. 17) Plaintiff Maurissa Randle's Motion to Drop Defendant Trans Union, LLC Only. The Court **DROPS** Defendant Trans Union, LLC as a party and **DISMISSES WITH PREJUDICE** Plaintiff Maurissa Randle's claims against Defendant Trans Union, LLC. The Clerk is **DIRECTED** to terminate Defendant Trans Union, LLC from this case.

The Court **DENIES AS MOOT** (ECF No. 15) Plaintiff Maurissa Randle's Motion to Sever and Dismiss with Prejudice Defendant Trans Union, LLC Only.

Plaintiff Maurissa Randle's claims against Defendant Experian Information Solutions, Inc. remain pending. This case remains open.

**IT IS SO ORDERED.**

**4/23/2026**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**